RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kahssai@fd.org

Attorney for Tyler Buchanan

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER STARR BUCHANAN,<br><br>Defendant. | Case No.: 2:23-cr-00139-JCM-VCF<br><br>**STIPULATION TO DISMISS PETITION WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Aden Kahssai, counsel for Defendant Tyler Buchanan, that the Petition for Summons for Offender on Supervision be dismissed without prejudice and the revocation hearing currently scheduled for May 1, 2024, at 10:00 a.m. be vacated. The Stipulation is entered into for the following reasons:

1. On January 4, 2025, Probation filed a petition to revoke Mr. Buchanan's supervision. ECF No. 7.

2. Mr. Buchanan made his initial appearance on the petition on January 17, 2024. ECF No. 15. He was released on his personal recognizance.

3. At the revocation hearing held on January 31, 2024, Mr. Buchanan admitted to some of the violations. The parties jointly recommended the Court to hold the Petition in abeyance for 90 days to allow Mr. Buchanan to comply with the conditions of release.

4. Since that hearing, Mr. Buchanan has been doing very well on supervision and has complied with all conditions.

5. Accordingly, the parties move to dismiss the petition (ECF No. 7). The parties request that the May 1, 2024, hearing be vacated because of the joint resolution.

DATED this 25th day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Aden Kahssai*<br>By_____<br>ADEN KAHSSAI<br>Assistant Federal Public Defender | */s/ Kimberly Frayn*<br>By_____<br>Kimberly Frayn<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TYLER STARR BUCHANAN,<br><br>　　　　Defendant. | Case No. 2:23-cr-00139-JCM-VCF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the petition (ECF No. 7) is dismissed without prejudice.

　　　DATED April 26, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3